## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

March 29, 2005

TO:     COUNSEL

RE:     **Parker, et al. v. Century 21 Blue Hen, 04-227 GMS**

Dear Counsel:

A status report regarding the above-referenced case was due on March 15, 2005. As of today's date the docket does not reflect the submission of a status report. Please submit a status report, via ECF, as soon as possible.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager