# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Internet Address: gwilliams@foxrothschild.com

March 15, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

      Re:    **Parker v. Century 21 Blue Hen Realty, et al.
             U.S.D.C., D.Del., Civil Action No. 04-227 GMS**

Dear Judge Sleet:

      Pursuant to the mediation agreement/order entered in this matter, I am writing to advise the Court of the status of this matter. As of today, the parties are in the process of executing the Agreement of Sale and expect to close on the land transaction and execute the mutual general release by April 6, 2005. Once the parties close on the land transaction and exchange the executed copies of the mutual general release, counsel will file the appropriate notice of dismissal with the Court. Counsel will advise the Court of the status of this matter again on April 6, 2005.

                                                    Respectfully,

                                                    Gregory B. Williams

GBW:spd

cc:    Noel E. Primos, Esquire
        C. Scott Reese, Esquire