IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JODY B. PARKER and<br>MARIE PARKER,<br><br>           Plaintiffs,<br><br><br>CENTURY 21 BLUE HEN<br>REALTY, INC.; THOMAS P. WEBB;<br>JAMES S. WEBB, individually<br>and/or as Executor and<br>Beneficiary of the Estate of<br>James S. Webb, Sr.; THE ESTATE<br>OF JAMES S. WEBB, SR.; and<br>F. ALBERT WEBB,<br><br>           Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | C. A. No.: 04-227 (GMS) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, that all claims, counterclaims, and cross-claims in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

FOX & ROTHSCHILD, LLP

BY: _____
GREGORY B. WILLIAMS. ESQUIRE
Bar I.D. #4195
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323
(302) 622-4211
Attorneys for Plaintiffs

COOCH & TAYLOR, P.A.

BY: _____
C. SCOTT REESE, ESQUIRE
Bar I.D. #2036
824 Market Street Mall, Suite 1000
P.O. Box 1680
Wilmington, DE   19899-1680
(302) 984-3811
Attorneys for Defendant Century 21
   Blue Hen Realty, Inc.


SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Defendants
   Thomas P. Webb, James S.
   Webb, The Estate of James S.
   Webb, Sr., and F. Albert Webb