# FOX • ROTHSCHILD LLP
### ATTORNEYS AT LAW

CITIZENS BANK CENTER • SUITE 1300 • 919 NORTH MARKET STREET • P.O. BOX 2323 • WILMINGTON, DE 19899-2323
302.654.7444 • FAX 302.656.8920 • www.foxrothschild.com

Gregory B. Williams
Direct Dial: (302) 622-4211
Internet Address: gwilliams@foxrothschild.com

April 5, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

    Re:    **Parker v. Century 21 Blue Hen Realty, et al.**
            **U.S.D.C., D.Del., Civil Action No. 04-227 GMS**

Dear Judge Sleet:

    I am writing to update the Court on the status of this matter. As of today, the parties are scheduled to close on the sale of the land from the Webbs to the Parkers during the afternoon of Wednesday, April 6, 2005. Once the parties close on the land transaction and exchange the executed copies of the mutual general release, counsel will file the appropriate notice of dismissal with the Court.

                                            Respectfully,

                                            Gregory B. Williams

GBW:spd

cc:    The Honorable Mary Pat Thynge (via Hand Delivery)
        Noel E. Primos, Esquire
        C. Scott Reese, Esquire